**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| SAMANTHA J. COMFORT, on behalf of her minor child and friend, ELIZABETH NEUMYER, et al.,<br>    Plaintiffs,<br><br>       v.<br><br>LYNN SCHOOL COMMITTEE, et al.,<br>    Defendants,<br>and,<br><br>COMMONWEALTH OF MASSACHUSETTS,<br>    Defendant-Intervenor. | )<br>)<br>)<br>)<br>)<br>)   C.A. No. 99-11811-NG<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| TODD BOLLEN, et al.,<br>    Plaintiffs,<br><br>       v.<br><br>LYNN SCHOOL COMMITTEE, et al.,<br>    Defendants. | )<br>)<br>)<br>)   C.A. No. 01-10365-NG<br>)<br>) |

GERTNER, D.J.:

## JUDGMENT

These consolidated actions came to trial before the Court. The issues have been tried and a decision was rendered on June 6, 2003, and amended on September 5, 2003.

**IT IS ORDERED AND ADJUDGED** that judgment shall enter for the **DEFENDANTS** on all claims.

**SO ORDERED.**

**Dated: September 5, 2003**                              _____/s/_____
                                                                                **NANCY GERTNER, U.S.D.J.**